JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION-LOS ANGELES)

| ROSHAWN BRADLEY, | Case No.: 2:17-cv-08916-FMO-FFM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING CASE PURSUANT TO RULE 41** |
| BANK OF AMERICA, N.A., | |
| Defendant | |

**VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

This case is hereby dismissed pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure in accordance with the Notice of the Plaintiff, Roshawn Bradley, and or her counsels, and the action is voluntarily dismissed, without prejudice against Defendant, Bank of America, N.A.

DATED: March 23, 2018          /s/
                                Fernando M. Olguin
                                UNITED STATES DISTRICT

**PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) - 1**